IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:00CR165-V

UNITED STATES OF AMERICA )
)
v. )
)
ROBERT NELSON MAY )
)

**ORDER**

THIS MATTER is before the Court upon defendant's Motion for Early Termination of Supervised Release, filed on May 3, 2007. For the reasons stated in the motion, and upon a showing that the assigned supervising probation officer does not object, the Court will allow the motion.

IT IS, THEREFORE, ORDERED that the defendant's motion is GRANTED and the defendant's supervised release is terminated.

HON. RICHARD VOORHEES
U.S. DISTRICT JUDGE